IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


MOSI WILLIAMS,

      Plaintiff,

v.                                     CASE NO.  4:11cv350-RH/WCS

DR. BETSY BECKER,

      Defendant.

_____/


**ORDER DISMISSING THE COMPLAINT**
**AND GRANTING LEAVE TO AMEND**


      This case is before the court on the report and recommendation, ECF No. 8, and the defendant's objection, ECF No. 9.  The plaintiff has not responded to the objection.  But the plaintiff has filed a response that seems to indicate that the plaintiff wishes to file an amended complaint against Florida State University.  ECF No. 12.  I have reviewed *de novo* the issues raised by the defendant's objection.

      The report and recommendation is correct in all respects save one.  It concludes that the plaintiff has stated a breach-of-contract claim on which relief can be granted against the only defendant: Dr. Betsy Becker.  But the complaint

alleges no facts suggesting that Dr. Becker, acting on her own behalf, entered a contract with the plaintiff. Instead, the complaint's factual allegations suggest, at most, that Dr. Becker entered a contract as the agent of a disclosed principal. A person who enters a contract only as the agent of a disclosed principal is not liable on the contract.

I expressly determine that there is no just reason for delaying the entry of a judgment ending Dr. Becker's involvement as a defendant. I expressly direct the clerk to enter judgment for Dr. Becker as set out below. *See* Fed. R. Civ. P. 54(b).

For these reasons,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the court's opinion except as set out in this order.

2. The motion to dismiss, ECF No. 4, is GRANTED. The complaint is dismissed.

3. The clerk must enter judgment stating, "Judgment is entered in favor of the defendant Dr. Betsy Becker dismissing all claims against her with prejudice. This judgment is entered under Federal Rule of Civil Procedure 54(b)." The case itself remains open for the assertion of claims against another defendant.

4. By December 17, 2011, the plaintiff may file an amended complaint that is not inconsistent with the report and recommendation and this order. The

amended complaint must set out the plaintiff's claims in numbered paragraphs as required by Federal Rule of Civil Procedure 10 and must be signed in accordance with Rule 11.

    5. The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on November 16, 2011.

                                      <u>Robert L. Hinkle</u>
                                      United States District Judge