IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOSI WILLIAMS

      Plaintiff,
v.                                    CASE NO. 4:11-cv-350-MW/CAS

FLORIDA STATE UNIVERSITY,

      Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Amended Report and Recommendation, ECF No.61, filed December 16, 2013. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The Defendant's motion for summary judgment, ECF No. 42, is **GRANTED** as Plaintiff did not provide timely notice of his tort claims pursuant to §768.28(6)(a), Florida Statutes, and because

1

the breach of contract claim is barred by sovereign immunity." The Clerk shall close the file.

**SO ORDERED on January 29, 2014.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**